UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


APOLLO JOHNSON,

      Plaintiff,

                                 Case No. 1:21-cv-685

v.

                                 HONORABLE PAUL L. MALONEY

NATHAN MIKEL, et al.,

      Defendants.
_____/


## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  December 2, 2022                          /s/  Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge